**FILED**

APR 25 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Attn: Court Clerk W.D. of Oklahoma,

My Name is Tim Blaylock, Jr. My USMS/FBOP # is 70745510. I am currently waiting to be sentenced. However, I need New legal counsel ASAP. My current counsel Mark Henricksen is NOT doing his job. And despite attempts to make contact, I have been unable to do so. As of 19 April 2024, I am no longer able to use the services of Mr. Henricksen, and require New counsel appointed, as well as an extension of time before sentencing to allow New counsel to get up to speed on my case and to Allow New counsel to File Objections on my PSR. I apologize for the inconvenience this may cause.

Thank You.
Blaylock