FILED

MAY 22 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

18 May 2024

Dear Sir or Madam,

My Name is Tim Blaylock. My USMS # is 70745510. I am being held at the Grady County Jail.

Approx. 2 weeks Ago, Judge Russel granted my Motion for Appointment of New Counsel and also Granted me an extention to File Objections in Regards to My Pre-Sentence Investigation Report. However as of the date of this letter, I still have NOT met a New Attorney. I am simply requesting said New Counsel's Name, and if possible Get a guess as to when I will hear from said Counsel in Person to file objections.

I do Apologize for Not including my Federal Docket Number in this letter, but Only because I simply Do Not Know my Case #. If you Could Also send me that in Reply, I would be much Appreciative. Jailors of Rank here at Grady County seem to be incapable of using the internet and looking up said information for me.

Thank you,
Tim Blaylock 70745510