## Sentencing Minute Sheet

**Date**: 07/15/2024                                **Total Time**: 41 minutes

**Criminal Case No.**: CR-23-332-R          **USA v. Timothy Steven Blaylock, Jr.**

**Judge David L. Russell**                         **C.R. Deputy** Kira Murphey

**Court Reporter** Tracy Thompson           **Probation Officer** Alexis Maltz

**Counsel for Plaintiff**: Brandon T. Hale

**Counsel for Defendant**: Robert D. Gifford, II

Defendant appears in person with court appointed counsel.

Presentence Investigation Report is accepted as noted on the record.

Original Indictment filed 08/16/2023 and Superseding Indictment filed 09/19/2023 dismissed. Written order will follow.

Defendant is sentenced to custody of Bureau of Prisons for a term of 480 months, consisting of 360 months as to Count 1ss, 120 months as to Count 2ss, to be served consecutively.

(X)     shall participate in the Inmate Financial Responsibility Program while incarcerated.
(X)     shall participate in inmate sex offender treatment while incarcerated.

A fine is not imposed.

Defendant ordered to pay restitution in the amount of $6,000.00.

Upon expiration of the sentence imposed herein, defendant shall serve a term of supervised release of life as to Count 1ss and Count 2ss, to be served concurrently.

(X)     shall comply with the standard conditions of supervised release adopted by this Court; shall not possess a firearm or other destructive device; shall cooperate in the collection of DNA as directed by law.
(X)     shall comply with the special conditions listed in PART D of the Presentence Investigation Report.

Defendant ordered to pay a special assessment fee in the amount of $100 each count, for a total of $200.00, due immediately.

Defendant advised of right to appeal, including to appeal in forma pauperis.

Court orders commitment to the custody of the Bureau of Prisons and recommends that defendant be incarcerated at: FCI Ft. Dix or alternatively, USP Tuscon.

Defendant remanded to custody of U.S.M.S.